IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THEODORE MOFFITT and PATRICIA MOFFITT, <br><br> Plaintiffs, <br><br> v. <br><br> DESERT MESA CONSTRUCTION, LLC, <br><br> Defendant. | **MEMORANDUM DECISION AND ORDER REGARDING SUBJECT-MATTER JURISDICTION** <br><br> Case No. 4:19-cv-00019-DN <br><br> District Judge David Nuffer |

On February 13, 2019, the Moffitts filed a Complaint[1] commencing this action based on diversity of citizenship under 28 U.S.C. § 1332(a)(1). Although the Complaint alleged that "[t]he Moffitts are residents of the state of Arizona," it made no allegation regarding their citizenship, based on their domicile (rather than mere residence).[2] As a result, on February 22, 2019, an Order to Show Cause re: Subject-Matter Jurisdiction ("OSC")[3] was entered requiring the Moffitts to "file an amended complaint containing allegations essential to show their respective citizenship" "by no later than Friday, March 1, 2019."[4] While the Moffitts timely filed an Amended Complaint,[5] they failed to assert any new allegation to show their citizenship. Instead, they once again merely asserted that they "are residents of the state of Arizona."[6]

---

[1] Complaint, docket no. 2, filed February 13, 2019.

[2] *Id.* ¶ 1.

[3] Docket no. 8, filed February 22, 2019.

[4] *Id.* at 2.

[5] Docket no. 9, filed February 26, 2019.

[6] *Id.* ¶ 1.

On March 21, 2019, Defendant Desert Mesa Construction LLC ("DMC") filed a Motion to Dismiss for Lack of Subject-Matter Jurisdiction ("SMJ Motion")[7] under Fed. R. Civ. P. 12(b)(1) "because the Amended Complaint fails to allege diversity of citizenship between citizens of different states."[8] While the Moffitts have not yet filed a response to the SMJ Motion, they filed a Second Amended Complaint[9] on April 10, 2019, as is allowed under Fed. R. Civ. P. 15(a)(1)(B).

The Second Amended Complaint contains allegations sufficient to show the Moffitts' citizenship for diversity purposes.[10]

THEREFORE, IT IS HEREBY ORDERED as follows:

1. The OSC[11] is SATISFIED based on the allegations of the Second Amended Complaint.

2. The SMJ Motion[7] is MOOT, and accordingly DENIED, based on the allegations of the Second Amended Complaint, which are sufficient to establish subject-matter jurisdiction in this diversity action.

3. In accordance with Fed. R. Civ. P. 12(a)(4)(A), DMC must serve a responsive pleading to the Second Amended Complaint by no later than *April 25, 2019*.

Signed April 11, 2019.

BY THE COURT:

David Nuffer
United States District Judge

---

[7] Docket no. 14, filed March 21, 2019.

[8] *Id.* at 1.

[9] Docket no. 15, filed April 10, 2019.

[10] *See id.* ¶¶ 3-4.

[11] Docket no. 8, filed February 22, 2019.